Kevin S. Sinclair, Esq., Nevada Bar No. 12277
  *ksinclair@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
601 South Seventh Street, 2nd Floor
Las Vegas, NV 89101
Telephone: (702) 331-7593
Facsimile: (702) 331-1652

Attorneys for FIDELITY NATIONAL TITLE INSURANCE
COMPANY and CHICAGO TITLE INSURANCE
COMPANY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP TRUST 3,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY, CHICAGO TITLE INSURANCE COMPANY and TICOR TITLE INSURANCE COMPANY,<br><br>Defendant. | Case No.: 2:19-cv-00385-JAD-VCF<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING DEFENDANTS FIDELITY NATIONAL TITLE INSURANCE COMPANY'S, CHICAGO TITLE INSURANCE COMPANY'S AND TICOR TITLE INSURANCE COMPANY'S TIME TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

Plaintiff Christiana Trust, A Division of Wilmington Savings Fund Society, FSB, Not in Its Individual Capacity But as Trustee of ARLP Trust 3 ("Christiana Trust"), and defendants Fidelity National Title Insurance Company ("Fidelity") and Chicago Title Insurance Company ("Chicago Title"), by and through their counsel of record, hereby stipulate as follows:

**WHEREAS**, Christiana Trust filed its complaint in this matter on March 5, 2019 (ECF No. 1);

**WHEREAS**, Fidelity was served with the summons and complaint on or about March 28, 2019;

1
**STIPULATION AND PROPOSED ORDER**

**WHEREAS**, Fidelity's response to the complaint is due on April 18, 2019;

**WHEREAS**, Chicago Title was served with the summons and complaint on or about March 22, 2019;

**WHEREAS**, Chicago Title's response to the complaint is due on April 12, 2019;

**WHEREAS**, Christiana Trust contends that it served defendant Ticor Title Insurance Company ("Ticor Title") with the Summons and Complaint on or about March 22, 2019;

**WHEREAS**, Ticor Title's response to the Complaint would be due on April 12, 2019;

**WHEREAS**, Chicago Title and Fidelity contend that Ticor Title is not a proper party defendant because they contend that Ticor Title merged into Chicago Title in 2010 (and that any claims that could have been asserted against Ticor Title must therefore be asserted against its corporate successor);

**WHEREAS**, the parties are presently meeting and conferring on whether there is subject matter jurisdiction in the United States District Court over this dispute and, if so, whether Ticor Title is properly a defendant in this action;

**WHEREAS**, Christiana Trust has agreed to extend Fidelity's, Chicago Title's, and Ticor Title's (if applicable) time to respond to the complaint to May 3, 2019 to afford the parties additional time to consider the jurisdictional issue and whether Ticor Title is properly joined as a defendant; and

**WHEREAS**, this is the first stipulation for an extension of Fidelity's, Chicago Title's, and Ticor Title's time to respond to the complaint.

Now, therefore, the parties hereto, by and through their counsel of record, hereby stipulate and agree as follows:

1. Fidelity, Chicago Title and Title Title (if applicable) shall file their responses to the complaint in this matter on or before <u>May 3, 2019</u>.

//
//
//
//

2
**STIPULATION AND PROPOSED ORDER**

2. Defendants intend to preserve their right and do not expressly waive any and all defenses listed in Fed. R. Civ. P. 12(b), including with respect to whether they are subject to personal jurisdiction in this forum.

Dated this 11th day of April 2019

EARLY SULLIVAN WRIGHT
GIZER & McRAE LLP

*/s/--Kevin S. Sinclair*

By: _____
Kevin S. Sinclair, Esq.
Nevada Bar No. 12277
Sophia S. Lau, Esq.
Nevada Bar No. 13365
601 South Seventh Street, 2nd Floor
Las Vegas, Nevada 89101

Attorneys for Defendants
Fidelity National Title Insurance Company and
Chicago Title Insurance Company

Dated this 11th day of April 2019

WRIGHT, FINLAY & ZAK, LLP

*/s/--Lindsay D. Robbins*

By: _____
Christopher A.J. Swift, Esq.
Nevada Bar No. 11291
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
Attorneys for Plaintiff
Christiana Trust, A Division of Wilmington Savings Fund Society, FSB, Not in Its Individual Capacity But as Trustee of ARLP Trust 3

**ORDER**

**IT IS SO ORDERED:**

By: _____
Cam Ferenbach
United States Magistrate Judge

Dated: April 11, 2019



3
**STIPULATION AND PROPOSED ORDER**