WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
ldragon@wrightlegal.net
*Attorney for Plaintiff, Christiana Trust, A Division of Wilmington Savings Fund Society, FSB, Not in Its Individual Capacity But as Trustee of ARLP Trust 3*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP TRUST 3,<br><br>Plaintiff,<br>vs.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY, CHICAGO TITLE INSURANCE COMPANY and TICOR TITLE INSURANCE COMPANY,<br><br>Defendants. | Case No.:   2:19-cv-00385-JAD-VCF<br><br>**STIPULATION TO AMEND COMPLAINT AND SET RESPONSE DEADLINES** |

Plaintiff, Christiana Trust, A Division of Wilmington Savings Fund Society, FSB, Not in Its Individual Capacity but as Trustee of ARLP Trust 3 ("Christiana Trust") and Defendants, Fidelity National Title Insurance Company, Chicago Title Insurance Company, and Ticor Title Insurance Company ("Defendants", collectively the "Parties"), by and through their undersigned counsel of record, hereby stipulate and agree as follows:

1. Christiana Trust filed its Complaint against Defendants on March 5, 2019 [ECF No. 1];

2. Thereafter, the Parties entered into a Stipulation to Stay the instant action pending the appeal in *Wells Fargo Bank, N.A. v. Fidelity National Title Ins. Co*., Ninth Cir. Case No. 19-17332 (District Court Case No. 3:19-cv-00241-MMD-WGZ) ("*Wells Fargo II*") [ECF No. 27];

3. The Court entered an Order approving the Stipulation and staying the case on December 10, 2019 [ECF No. 28];

4. On November 5, 2021, the Ninth Circuit issued its Memorandum Disposition in *Wells Fargo II*, vacating the district court's decision granting dismissal of Wells Fargo's claims and remanding for further proceedings.

5. While Defendants subsequently moved to extend the stay [ECF No. 30], this Court entered an Order denying the Motion on January 27, 2022 [ECF No. 34] ("Order");

6. The Order stated that any previously filed motions that were pending at the time of the stay may be renewed by the Parties;

7. While Defendants had motions to dismiss pending at the time of the stay [ECF Nos. 11-12]; Christiana Trust intends to file an amended complaint.

8. Defendants do not have an objection to the amended pleading;

9. The Parties hereby agree that Christiana Trust shall have 30 days from the entry of the order on this Stipulation to file its amended pleading.

10. Defendants shall have 30 days from the filing of Christiana Trust's amended pleading to file their response.

**IT IS SO STIPULATED.**

DATED this 11th day of February, 2022.

WRIGHT, FINLAY & ZAK, LLP

/s/ *Lindsay D. Dragon, Esq.*
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff*

DATED this 11th day of February, 2022.

SINCLAIR BRAUN LLP

/s/ *Kevin Sinclair, Esq.*
Kevin Sinclair, Esq.
Nevada Bar No. 12277
16501 Venture Boulevard, Suite 400
Encino, California 91436
*Attorneys for Defendants*

**IT IS SO ORDERED.**

DATED: February 16, 2022

_____
Cam Ferenbach
United States Magistrate Judge