1  Scott E. Gizer, Esq., Nevada Bar No. 12216
     *sgizer@earlysullivan.com*
2  Sophia S. Lau, Esq., Nevada Bar No. 13365
     *slau@earlysullivan.com*
3  EARLY SULLIVAN WRIGHT
     GIZER & McRAE LLP
4  8716 Spanish Ridge Avenue, Suite 105
   Las Vegas, Nevada 89148
5  Telephone:  (702) 331-7593
   Facsimile:  (702) 331-1652
6
   Kevin S. Sinclair, NV Bar No. 12277
7    *ksinclair@sinclairbraun.com*
   SINCLAIR BRAUN LLP
8  16501 Ventura Blvd, Suite 400
   Encino, California 91436
9  Telephone:  (213) 429-6100
   Facsimile:  (213) 429-6101
10
   Attorneys for Defendant
11 CHICAGO TITLE INSURANCE COMPANY

12 DESIGNATED LOCAL COUNSEL FOR SERVICE OF
   PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)
13
   Gary L. Compton, State Bar No. 1652
14 2950 E. Flamingo Road, Suite L
   Las Vegas, Nevada 89121
15

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTIANA TRUST,<br><br>           Plaintiff,<br><br>vs.<br><br>CHICAGO TITLE INSURANCE<br>COMPANY<br><br>           Defendants. | Case No.: 2:19-CV-00385-JAD-VCF<br><br>**STIPULATION AND ORDER EXTENDING TIME TO REPLY IN SUPPORT OF MOTION TO DISMISS (ECF No. 38)**<br><br>**FIRST REQUEST**<br><br>ECF No. 40 |

COMES NOW defendant Chicago Title Insurance Company ("Chicago Title") and plaintiff Christiana Trust, by and through their respective attorneys of record, which hereby agree and stipulate as follows:

1. On March 18, 2022, Christiana Trust filed its first amended complaint (ECF No. 37);



1
**STIPULATION AND ORDER EXTENDING TIME TO REPLY**

2. On April 13, 2022, Chicago Title moved to dismiss the first amended complaint (ECF No. 38);

3. On April 27, 2022, Christiana Trust filed its opposition to Chicago Title's motion (ECF No. 39);

4. Chicago Title's reply in support of its motion to dismiss is currently May 4, 2022;

5. Counsel for Chicago Title request a two-week extension, through and including Wednesday, May 18, 2022, for Chicago Title to reply in support of its motion to dismiss, to afford Chicago Title's counsel additional time to review and respond to Christiana Trust's opposition.

6. Counsel for Christiana Trust does not oppose the requested extension;

7. This is the first request for an extension made by counsel for Chicago Title, which is made in good faith and not for the purposes of delay.

**IT IS SO STIPULATED** that Chicago Title's deadline to reply in support of its motion to dismiss is hereby continued through and including Wednesday, May 18, 2022.

Dated: May 3, 2022                           SINCLAIR BRAUN LLP

By: /s/-Kevin S. Sinclair
KEVIN S. SINCLAIR
Attorneys for Defendant
CHICAGO TITLE INSURANCE COMPANY

Dated: May 3, 2022                           WRIGHT FINLAY & ZAK, LLP

By: /s/-Lindsay D. Dragon
LINDSAY D. DRAGON
Attorneys for Plaintiff
CHRISTIANA TRUST

**IT IS SO ORDERED.**

Dated this __11th__ day of __May__, 2022.
nunc pro tunc to May 4, 2022.

JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

