Scott E. Gizer, Esq., Nevada Bar No. 12216
  sgizer@earlysullivan.com
Sophia S. Lau, Esq., Nevada Bar No. 13365
  slau@earlysullivan.com
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, NV Bar No. 12277
  ksinclair@sinclairbraun.com
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
CHICAGO TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTIANA TRUST,<br><br>                Plaintiff,<br><br>vs.<br><br>CHICAGO TITLE INSURANCE COMPANY,<br><br>                Defendant. | Case No.: 2:19-CV-00385-JAD-VCF<br><br>**STIPULATION AND ORDER CONTINUING CHICAGO TITLE INSURANCE COMPANY'S DEADLINE TO FILE ANSWER TO THE FIRST AMENDED COMPLAINT**<br><br>**FIRST REQUEST** |

      COMES NOW defendant Chicago Title Insurance Company ("Chicago Title") and plaintiff Christiana Trust, by and through their respective attorneys of record, which hereby agree and stipulate as follows:

      1.    On March 18, 2022, Christiana Trust filed its first amended complaint (ECF No. 37);



2. On April 13, 2022, Chicago Title moved to dismiss the first amended complaint (ECF No. 38);

3. On September 30, 2022, the Court denied Chicago Title's motion (ECF No. 47);

4. Chicago Title's answer to the first amended complaint is currently due on October 14, 2022;

5. Counsel for Chicago Title request a one-week extension, through and including Friday, October 21, 2022, for Chicago Title to submit its answer to the first amended complaint, to afford Chicago Title's counsel additional time to review and respond to the allegations of the first amended complaint and prepare an appropriate answer.

6. Counsel for Christiana Trust does not oppose the requested extension;

7. This is the first request for an extension made by counsel for Chicago Title, which is made in good faith and not for the purposes of delay.

**IT IS SO STIPULATED** that Chicago Title's deadline to file its answer to Christiana Trust's first amended complaint is hereby extended to Friday, October 21, 2022.

Dated: October 14, 2022          SINCLAIR BRAUN LLP

By: __/s/-Kevin S. Sinclair__
KEVIN S. SINCLAIR
Attorneys for Defendant
CHICAGO TITLE INSURANCE COMPANY

Dated: October 14, 2022          WRIGHT FINLAY & ZAK, LLP

By: __/s/-Lindsay D. Dragon__
LINDSAY D. DRAGON
Attorneys for Plaintiff
CHRISTIANA TRUST

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  10-17-2022

