WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(949) 477- 5050; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, Christiana Trust, A Division of Wilmington Savings Fund Society, FSB, Not in Its Individual Capacity But as Trustee of ARLP Trust 3*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP TRUST 3,<br><br>Plaintiff,<br>vs.<br><br>CHICAGO TITLE INSURANCE COMPANY,<br><br>Defendant. | Case No.: 2:19-cv-00385-JAD-VCF<br><br>**STIPULATION AND ORDER FOR LIMITED STAY OF CASE**<br><br>**(FIRST REQUEST)**<br><br>ECF No. 51 |

Plaintiff, Christiana Trust, A Division of Wilmington Savings Fund Society, FSB, Not in Its Individual Capacity But as Trustee of ARLP Trust 3 ("Christiana Trust") and Defendant Chicago Title Insurance Company ("Chicago Title") (collectively the "Parties") by and through their respective counsel, hereby stipulate and agree as follows:

This matter involves a title insurance coverage dispute wherein Christiana Trust contends, and Chicago Title disputes, that the title insurance claim involving an HOA assessment lien and subsequent sale was covered by the subject policy of title insurance.  There are now currently pending in the United States District Court for the District of Nevada and Nevada state courts more than one-hundred actions between national banks, on the one hand, and title insurers, on the other hand.  In virtually all of these actions, the title insurer underwrote an ALTA 1992 or ALTA

1  2006 loan policy of title insurance with form 1 coverage, along with the CLTA 100/ALTA 9
2  and/or CLTA 115.2/ALTA 5 endorsements.
3       The Parties have conferred and agree that this case should be stayed an additional six
4  months.  There are now two fully briefed appeals to the Nevada Supreme Court involving similar
5  coverage disputes in *PennyMac Corporation v. Westcor Title Insurance Company*, Nevada
6  Supreme Court Case No. 83737 (District Court Case No. A-18-781257-C) and *Deutsche Bank*
7  *National Trust Company v. Fidelity National Title Insurance Company*, Nevada Supreme Court
8  Case No. 84161 (District Court Case No. A-20-820307-C). The Parties anticipate that the Nevada
9  Supreme Court's decisions in the foregoing appeals may touch upon issues regarding the
10 interpretation of policy and claims handling, that could potentially affect the disposition of the
11 instant action.

13 / / /

15 / / /

17 / / /

19 / / /

21 / / /

23 / / /

25 / / /

27 / / /

Accordingly, the Parties believe an additional stay of six months in the instant action will best serve the interests of judicial economy.  The Parties request that the action be stayed for a period of six months, through and including, May 2, 2023.  The Parties are to submit a Joint Status Report on or before May 2, 2023.  The Parties further agree that this stipulation and stay of this case is entered based on the specific circumstances surrounding this particular case, and that this stipulation shall not be viewed as a reason for granting a stay in any other pending matter.

**IT IS SO STIPULATED.**

DATED this 4th day of November, 2022.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Lindsay D. Dragon, Esq.*
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, Christiana Trust, A Division of Wilmington Savings Fund Society, FSB, Not in Its Individual Capacity But as Trustee of ARLP Trust 3*

DATED this 4th day of November, 2022.

SINCLAIR BRAUN LLP

*/s/ Kevin S. Sinclair, Esq.*
Kevin S. Sinclair, Esq.
Nevada Bar No. 12277
16501 Ventura Boulevard, Suite 400
Encino, California 91436
*Attorneys for Defendant Chicago Title Insurance Company*

**ORDER**

Based on the parties' stipulation [ECF No. 51] and good cause appearing, IT IS SO ORDERED.  The Clerk of Court is directed to ADMINISTRATIVELY CLOSE this case.

_____
UNITED STATES DISTRICT COURT JUDGE
November 4, 2022